U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

AUG 23  1 21 PM '00

UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Israel Ramos,
    Plaintiff

    v.

States of New Hampshire, et al.,
    Defendants

Civil No. 00-136-M

Opinion No. 2000DNH188X

## O R D E R

I herewith approve the Report and Recommendation of
Magistrate Judge Muirhead dated August 10, 2000.  This dismissal
counts as a strike against the plaintiff under 28 U.S.C.
§ 1915(g).

**SO ORDERED.**

Steven J. McAuliffe
United States District Judge

August 23, 2000

cc:  Israel Ramos

.X Order